ORIGINAL

Edward Patrick Swan, Jr., State Bar No. 089429
Michelle A. Herrera, State Bar No. 209842
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
600 West Broadway, Suite 2600
San Diego, California 92101-3372
Telephone No.: 619.236.1414
Fax No.: 619.232.8311

Glenn E. Cohen (*pro hac vice admission pending*)
Barnes Barnes & Cohen PA
1843 Atlantic Boulevard
Jacksonville, Florida 32207-3489
Telephone No.: 904.396.5181
Fax No.: 904.396.9008

Attorneys for Plaintiffs Philip Mickelson and Mickelson, Inc.

FILED
2007 DEC 21 PM 3:11
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY KWH DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP MICKELSON, an individual, and MICKELSON, INC., an Arizona corporation,<br><br>Plaintiffs,<br><br>v.<br><br>BEARINGPOINT, INC., a Delaware Corporation,<br><br>Defendant. | Case No. '07 CV 2402 L AJB<br><br>**PLAINTIFFS' NOTICE OF PARTIES WITH FINANCIAL INTEREST** |

TO THE COURT AND TO DEFENDANT AND ITS ATTORNEY OF RECORD:

Pursuant to Local Rule 40.2, Plaintiffs Philip Mickelson and Mickelson, Inc. hereby identify the following parties that have a direct, pecuniary interest in the outcome of this case:

Philip Mickelson

Mickelson, Inc.

DATED: December 21, 2007 LUCE, FORWARD, HAMILTON & SCRIPPS LLP

By: [signature]
Edward Patrick Swan, Jr.
Attorneys for Plaintiffs Philip Mickelson and Mickelson, Inc.

101061539.1