RONALD M. OSTER (SB# 57954)
ronaldoster@paulhastings.com
JACOB T. RISNER (SB# 231591)
jacobrisner@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street, Twenty-Fifth Floor
Los Angeles, California 90071
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

COLLEEN E. HUSCHKE (SB# 191402)
colleenhuschke@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 720-2500
Facsimile: (858) 720-2555

Attorneys for Defendant
Bearingpoint, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP MICKELSON, an individual, and MICKELSON, INC., an Arizona corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>BEARINGPOINT, INC., a Delaware Corporation,<br><br>Defendant. | CASE NO. 07 CV 2402 L AJB<br><br>**JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>Judge: Hon. M. James Lorenz<br>Courtroom: 14, Fifth Floor |

The parties hereby agree to an extension of time to file a responsive pleading to the plaintiffs' Complaint for (1) Breach of Contract; (2) Promissory Estoppel; (3) Intentional Misrepresentation; (4) Negligent Misrepresentation; and (5) Declaratory Relief (the "Complaint").

WHEREAS the Complaint was filed on December 21, 2007;

WHEREAS the Complaint was served via email on Defendant's in-house counsel on January 2, 2008;

WHEREAS a responsive pleading would be due on or before January 25, 2008;

WHEREAS Defendant believes further investigation and research is necessary to adequately address the allegations in the Complaint and draft a response;

WHEREAS the parties agree to extend the time in which the Defendant has to respond to the Complaint;

WHEREAS, this is the first request for an extension of time to respond to the Complaint;

THEREFORE, the parties move the Court to enter an Order extending the time to respond to the Complaint as follows:

BearingPoint shall have until February 4, 2008 to file its response to the Complaint.

DATED: January 23, 2008

RONALD M. OSTER
COLLEEN E. HUSCHKE
JACOB T. RISNER
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: s/ Colleen E. Huschke
COLLEEN E. HUSCHKE
colleenhuschke@paulhastings.com

*Attorneys for Defendant*
*Bearingpoint, Inc.*

DATED: January 23, 2008

EDWARD PATRICK SWAN, JR.
MICHELLE A. HERRERA
LUCE, FORWARD, HAMILTON & SCRIPPS LLP

By: s/ Edward Patrick Swan, Jr.
EDWARD PATRICK SWAN, JR.
pswan@luce.com

*Attorneys for Plaintiffs*
*Philip Mickelson and Mickelson, Inc.*