RONALD M. OSTER (SB# 57954)
ronaldoster@paulhastings.com
JACOB T. RISNER (SB# 231591)
jacobrisner@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street, Twenty-Fifth Floor
Los Angeles, California 90071
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

COLLEEN E. HUSCHKE (SB# 191402)
colleenhuschke@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 720-2500
Facsimile: (858) 720-2555

Attorneys for Defendant
Bearingpoint, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

PHILIP MICKELSON, an individual, and MICKELSON, INC., an Arizona corporation,

Plaintiffs,

vs.

BEARINGPOINT, INC., a Delaware Corporation,

Defendant.

CASE NO. 07 CV 2402 L AJB

**PROOF OF SERVICE**

Judge: Hon. M. James Lorenz
Courtroom: 14, Fifth Floor

# PROOF OF SERVICE

I am employed in the City and County of San Diego, California. I am over the age of 18 years and not a party to the within action. My business address is Paul, Hastings, Janofsky & Walker LLP, 3579 Valley Centre Drive, San Diego, CA 92130.

On January 23, 2008, I served:

1. **JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**

2. **[PROPOSED] ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**

on the party(ies) in this action by placing a true copy thereof in a sealed envelope(s), addressed as follows:

Edward P. Swan, Jr.
Luce Forward Hamilton and Scripps
600 West Broadway, Suite 2600
San Diego, CA 92101-3372
pswan@luce.com

[X] (BY E-FILE) I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel denoted on the attached Service List, and I hereby certify that I have mailed the foregoing document(s) via the United States Postal Service to the non-CM/ECF participants indicated on the attached Service List.

[X] (BY MAIL) I placed each such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at Paul, Hastings, Janofsky & Walker LLP, San Diego, California, following ordinary business practices. I am familiar with the practice of Paul, Hastings, Janofsky & Walker LLP for collection and processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for collection.

[ ] (BY PERSONAL DELIVERY) I then sealed the envelope and caused it to be hand delivered to the addressee(s) below.

[ ] (BY FACSIMILE) I transmitted the above-listed document(s) to the party(ies) listed above via facsimile on N/A. No transmission error was reported by the facsimile machine.

[ ] (BY OVERNIGHT MAIL) I am readily familiar with the practice of Paul, Hastings, Janofsky & Walker LLP for collection and processing of correspondence for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by United Parcel Service for overnight delivery.

[X] (FEDERAL) I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.

Executed at San Diego, California on January 23, 2008.

Karen R. Bendix