UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP MICKELSON, an individual, and MICKELSON, INC., an Arizona corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>BEARINGPOINT, INC., a Delaware Corporation,<br><br>Defendant. | CASE NO. 07 CV 2402 L AJB<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT** |

/ / /

/ / /

/ / /

/ / /

Upon joint motion and good cause appearing, the Court orders the following extension of time in the above-captioned matter:

Defendant BearingPoint, Inc. shall have until February 4, 2008 to respond to Plaintiffs' Complaint.

**IT IS SO ORDERED**.

DATED: January 24, 2008

M. James Lorenz

The Honorable M. James Lorenz
United States District Court Judge

COPY TO:

HON. ANTHONY J. BATTAGLIA
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL