Edward Patrick Swan, Jr., State Bar No. 089429
Michelle A. Herrera, State Bar No. 209842
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
600 West Broadway, Suite 2600
San Diego, California 92101-3372
Telephone No.: 619.236.1414
Fax No.: 619.232.8311

Glenn E. Cohen (*pro hac vice admission pending*)
Barnes & Cohen, P.A.
1843 Atlantic Boulevard
Jacksonville, Florida 32207-3489
Telephone No.: 904.396.5181
Fax No.: 904.396.9008

Attorneys for Plaintiffs Philip Mickelson and Mickelson, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP MICKELSON, an individual, and MICKELSON, INC., an Arizona corporation,<br><br>Plaintiffs,<br><br>v.<br><br>BEARINGPOINT, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 07-CV-2402 L (AJB)<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs Philip Mickelson and Mickelson, Inc. voluntarily dismiss this action with prejudice based on their settlement with defendant BearingPoint, Inc.

DATED: February 1, 2008 LUCE, FORWARD, HAMILTON & SCRIPPS LLP

By: /s/ Edward Patrick Swan, Jr.
Edward Patrick Swan, Jr.
Attorneys for Plaintiffs Philip Mickelson and Mickelson, Inc.

101068297.1