Edward Patrick Swan, Jr., State Bar No. 089429
Michelle A. Herrera, State Bar No. 209842
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
600 West Broadway, Suite 2600
San Diego, California 92101-3372
Telephone No.: 619.236.1414
Fax No.: 619.232.8311

Glenn E. Cohen (*pro hac vice admission pending*)
Barnes Barnes & Cohen PA
1843 Atlantic Boulevard
Jacksonville, Florida 32207-3489
Telephone No.: 904.396.5181
Fax No.: 904.396.9008

Attorneys for Plaintiffs Philip Mickelson and Mickelson, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP MICKELSON, an individual, and MICKELSON, INC., an Arizona corporation,<br><br>Plaintiffs,<br><br>v.<br><br>BEARINGPOINT, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 07 CV 2402 L AJB<br><br>**PROOF OF SERVICE** |

PROOF OF SERVICE

*Philip Mickelson, et al. v. BearingPoint, Inc.,* Case No. 07CV2402 L AJB

I, declare as follows:

I am an attorney with the law firm of Luce, Forward, Hamilton & Scripps LLP, whose address is 600 West Broadway, Suite 2600, San Diego, California 92101-3372. I am over the age of eighteen years, and am not a party to this action.

On February 1, 2008, I served the following:

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

on the interested parties in this action by:

_XX__ **ELECTRONIC SERVICE:** I hereby certify that I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

- **Colleen E Huschke**
  colleenhuschke@paulhastings.com,jodieking@paulhastings.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

Glenn E. Cohen
Barnes Barnes and Cohen
1843 Atlantic Boulevard
Jacksonville, FL 32207

I declare that I am employed in the office at whose direction the service was made.

Executed at San Diego, California on February 1, 2008.

/s/ Edward Patrick Swan, Jr.

101068144.1